UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.:

| | |
|---|---|
| BARBARA A. RICHARDS AND BEECH D. RICHARDS,<br>     PLAINTIFFS<br><br>V.<br><br>AMERICAN GENERAL LIFE COMPANIES,<br>     DEFENDANT | COMPLAINT<br><br>**05-40133 FDS** |

## I. THE PARTIES

1.  The Plaintiff, Barbara A. Richards, in an individual with a residence of 586 Rocky Knoll Road, Denmark, Oxford County, Maine, and at all times material to this dispute resided at 44 Boston Road, Sutton, Worcester County, Massachusetts.

2.  The Plaintiff, Beech D. Richards, is Barbara A. Richards' son, who is no longer a minor, with a residence of 586 Rocky Knoll Road, Denmark, Oxford County, Maine.

3.  The Defendant, American General Life Companies, (hereinafter "AIG") is an insurance company licensed to sell insurance in the Commonwealth of Massachusetts, with a principle place of business at 3600, Route 66, Neptune, New Jersey and a servicing agent of Disability Insurance Specialists, LLC as their claim service provider with a principle place of business at 12978, Blue Hill Avenue, Bloomfield, Connecticut.

## II. JURISDICTION

4.  Jurisdiction is conveyed upon the United States District Court for the District of Massachusetts by virtue of the following: 1) the disability policy in question was purchased by the former employer, Trustee of the University Physicians Trust with a principle place of business at the University of Massachusetts Medical Center, 55 Lake Avenue North, Worcester, Worcester County, Massachusetts; 2) The jurisdiction is in the Commonwealth of Massachusetts; and 3) Diversity of Citizenship.

RECEIPT # _104624_
AMOUNT $ _250.00_
SUMMONS ISSUED _✓_
LOCAL RULE 4.1 _✓_
WAIVER FORM _✓_
MCF ISSUED _✓_
BY DPTY. CLK. _KH_
DATE _8/10/05_

### III. THE DISPUTE

5.   The Plaintiff, Barbara A. Richards, is a former employee of Trustee of the University Physicians Trust of Worcester, Massachusetts and previously worked as a Registered Nurse. During the course of her employment, her employer purchased a disability policy for her benefit from AIG, policy # G128106. The Plaintiff became disabled and filed a claim for insurance benefits pursuant to her policy with AIG and received a long term disability maximum monthly benefit of $2,017.60. Under the terms of her policy, AIG was entitled to deduct her primary Social Security Disability leaving a net benefit to her.

6.   In addition, under the Social Security Act, until completing High School and reaching the age of 18, Beech D. Richards, the son of Barbara A. Richards, was entitled to receive a Social Security Benefit of $618.00 per month based upon his mother's disability. The policy of insurance provided under the Paragraph, Reduction of Benefits on Account of Other Income Benefits, states the following, "each monthly benefit will be reduced by the sum of any income the insured receives that month from: The Federal Social Security Act…"

7.   Beech D. Richards and Barbara A. Richards have taken the position that the amount received by Beech D. Richards from the Federal Social Security Act is not an appropriate deduction under his mother's policy and AIG has taken the position that the amount received by Beech D. Richards is a proper deduction of the disability policy purchased by the mother's former employer, Trustee of the University Physician's Trust. It is the position of Beech D. Richards and Barbara A. Richards that the amount received by Beech D. Richards and sent to his mother solely as his payee, as he was then a minor, is not an appropriate reduction.  The Social Security Benefits to Beech D. Richards has now ceased by virtue of him completing High School and reaching age 18.  A demand has been made upon AIG for reimburse of the amount of the deduction to Beech D. Richards and that request has been denied. The Plaintiffs now bring this action for reimbursement; an award of sanctions; and costs and attorney's fees in the United States District Court for the District of Massachusetts.

### COUNT I
### OFF-SET OF FUNDS WITHOUT THE BENEFIT OF CONTRACTUAL OBLIGATION

(Beech D. Richards v. American General Life Companies)

8.   The Plaintiff, Beech D. Richards, was awarded by the Social Security Administration the amount of $618.00 per month for Social Security Benefits pursuant to that portion of the Statute, which provides for disability benefits for a minor whose parent is disabled to the extent that they have not yet reached the

age of 18 and have not yet completed High School and are otherwise disabled. The benefit awarded to Beech D. Richards was $618.00 per month, as set forth in the award letter attached hereto and incorporated by reference as Exhibit "A". Payment was made to Barbara A. Richards for Beech D. Richards.

9.    Commencing on November 1, 2004, said benefits were no longer payable as Beech D. Richards had reached the age of 18; was not disabled; and was not a full time elementary or secondary level school student. The above is evidenced by a Notice from the Social Security Administration, attached hereto and incorporated by reference as Exhibit "B". Said Notice further states that, "each monthly benefit will be reduced by the sum of any income the insured receives that month from the Federal Social Security Act." The Plaintiff, Beech D. Richards, avers that he is not an insured under AIG's policy under the name, Trustee of the University Physician's Trust, Policy # G128106, Claim # 990020015.

10.   Beech D. Richards avers that he was never employed by Trustee of the University Physician's Trust of the University of Massachusetts Medical School or the University of Massachusetts Memorial Hospital and that his benefit paid by the Social Security Administration derives solely from the fact that he is a person entitled to benefits under the Social Security Act just passed by the United States Congress. The Plaintiffs made a demand through Counsel to AIG and its refusal to reimburse the Social Security off-set of Beech D. Richards is attached hereto and incorporated by reference as Exhibit "C" and "D", setting forth letters of March 16, 2005 and October 26, 2004. The Plaintiff is aggrieved by the action of AIG by the taking of his $618.00 benefit per month from the Social Security Administration awarded to him pursuant to the Social Security Act. The Plaintiff Beech D. Richards is aggrieved by the actions of AIG by the taking of the benefit awarded to him for which they have no contractual agreement with him.

WHEREFORE, the Plaintiff, Beech D .Richards, demands judgment against the Defendant, American General Life Companies, as follows:

1)    That this Court after hearing order AIG to reimburse him all social Security Benefits off-set by them during the tenancy of his mother's disability claim and awarded to him by the Social Security Administration.

2)    That the Plaintiff be ordered to pay his costs and reasonable attorney's fees; and

3)    Such other and further relief that is just and equitable.

## COUNT II
## C. 176D, M.G.L.
### (Beech D. Richards v. American General Insurance Companies)

11.    The Plaintiff avers that he is an individual entitled to protection under M.G.L. c. 176D, known as the Deceptive Practices Act, governing insurance companies conduct in the Commonwealth of Massachusetts.

12.    The Plaintiff avers that he is an individual who has been harmed by AIG in that they took his benefit without due process of law and without the benefit of contractual obligation on his part.

13.    The Plaintiff avers that he is entitled to double or treble damages pursuant to said Statute c. 176D of M.G.L.

WHEREFORE, the Plaintiff, Beech D. Richards, demands judgment as follows:

1)    That this Court after hearing award the Plaintiff, Beech D. Richards, double or treble damages pursuant to c. 176D;

2)    That the Plaintiff be awarded costs and reasonable attorney's fees; and

3)    Such other and further relief that is just and equitable.

## COUNT III
## OFF-SET OF FUNDS WITHOUT THE BENEFIT OF CONTRACTUAL OBLIGATION
### (Barbara A. Richards v. American General Life Companies)

14.    Barbara A. Richards is an individual who is the beneficiary of the policy of the subject litigation. She is disabled and is receiving monthly benefits for her disability from AIG and her Social Security Benefits are being off-set pursuant to said contractual obligation. During the course of time that she received benefits from AIG in accordance with the Social Securities Act, and during the period her son Beech D. Richards was entitled to benefits, his benefits were off-set unlawfully and in breach of the contractual obligations.

WHEREFORE, the Plaintiff, Barbara A. Richards, demands judgment as follows:

1)    That this Court order AIG to reimburse her for the improperly off-set funds that she received for the benefit of Beech D. Richards;

2)    That she be awarded costs and reasonable attorney's fees; and

3)    Such other and further relief that is just and equitable.

## COUNT IV
## VIOLATION OF M.G.L. C. 16
(Barbara A. Richards v. American General Life Companies)

15.    The Plaintiff avers that AIG had unlawfully off-set the benefits from the Social Security Administration due to her son Beech D. Richards as awarded to him pursuant to said Statute.

16.    The Plaintiff, Barbara A. Richards, avers that said off-set of the monies due to Beech D. Richards without the benefit of contractual obligations constitutes a deceptive practice pursuant to c. 176 of M.G.L.

WHEREFORE, the Plaintiff, Barbara A. Richards, demands judgment as follows:

1)    That this Court order AIG to pay double or treble damages of the off-set amount;

2)    That she be awarded her costs and reasonable attorney's fees; and

3)    Such other and further relief that is just and equitable.

Respectfully submitted,
Barbara A. Richards and Beech D. Richards,
By their Attorney,

Howard J. Potash, Esquire
306 Main Street, Suite 300
Worcester, MA 01608
(508) 754-2624
BBO # 404160

Dated:  August 8, 2005



# Your New Benefit Amount

BENEFICIARY'S NAME:

BEECH D RICHARDS

SOCIAL SECURITY C
(only the last 4 digits are shown to
identity theft)  XXX-XX-9675 C

Your Social Security benefits will increase by 1.4 percent in 2003, because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

## How Much Will I Get And When?

- Your new monthly amount (before deductions) is .........$618.00.......... ...
- The amount we're deducting for Medicare is ..... $0.00 .............
  (If you did not have Medicare as of Nov. 22, 2002,
  or if someone else pays your premium, we show $0.00.)
- The amount we're deducting for voluntary federal tax withholding is ... $0.00 ..........
  (If you did not elect voluntary federal tax withholding as of
  Nov. 22, 2002, we show $0.00.)
- After taking any other deductions, we will deposit ...$618.00.. .....
  into your bank account on Jan. 3, 2003.
  If you disagree with any of these amounts, you should write to us within 60 days from the date
  you receive this letter.

## What If I Have Questions?

We invite you to visit our website at *www.ssa.gov* on the Internet to find general information about Social Security. You also can call us at **1-800-772-1213**, 24 hours a day. We can answer specific questions by phone from 7 a.m. until 7 p.m. on business days. Our lines are busiest early in the week and early in the month so, if your business can wait, it's best to call at other times. Please have your full nine-digit Social Security number available when you call or visit and include it on any letter you send to the Social Security Administration. If you are deaf or hard of hearing, you may call our TTY number, **1-800-325-0778**. You also can visit your local office.

> MADISON PL
> 54 MYRTLE ST
> WORCESTER MA

BNC#:  02B1538A20361

Over ➤

130510*COLA*SM*J60281A*L012

PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DRIVE
BALTIMORE MD 21241-1500

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**Be sure to check out
our website:** *www.ssa.gov*

*********AUTO** 5-DIGIT 01590
BARBARA RICHARDS FOR
BEECH D RICHARDS
44 BOSTON ROAD
SUTTON MA 01590-3863

11/18/2004   23:32   2074522931   CARDINAL PRINTING CO

EXHIBIT

"B"

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  November 1, 2004
Claim Number:  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HC1

BARBARA RICHARDS FOR
BEECH D RICHARDS
44 BOSTON ROAD
SUTTON MA 01590-3863

BEECH RICHARDS is no longer entitled to Social Security benefits beginning November 2004.  His benefits are stopping because in that month he is

* 18 years old, and

* not disabled, and

* not a full-time elementary or secondary level school student.

### If You Disagree With The Decision

If you disagree with this decision, you have the right to appeal.  We will review your case and consider any new facts you have.  A person who did not make the first decision will decide BEECH RICHARDS' case.  We will correct any mistakes.  We will review those parts of the decision which you believe are wrong and will look at any new facts you have.  We may also review those parts which you believe are correct and may make them unfavorable or less favorable to him.

* You have 60 days to ask for an appeal.

* The 60 days start the day after you get this letter.  We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

* You must have a good reason for waiting more than 60 days to ask for an appeal.

* You have to ask for an appeal in writing.  We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration".  Contact one of our offices if you want help.

C                              See Next Page

## REDUCTION OF BENEFITS ON ACCOUNT OF "OTHER INCOME BENEFITS"

"Other Income Benefits" are those income benefits listed below which are provided to the insured for the same disability for which monthly benefits are payable under this policy.

Each monthly benefit will be reduced by the sum of any income the insured receives that month from:

• the Federal Social Security Act;*

• any other group insurance plan of the employer, except income from plans specifically identified in the Participating Employer's plan of insurance as not subject to reduction as "Other Income Benefits";

• the Veterans Administration or any other government agency;

• a Workers Compensation or similar law or arrangement, required by law, whose purpose is to replace income lost due to disability.

Any benefits received from an individually-owned policy of the insured or from any association plan for which the insured pays the premium will not be used to reduce the amount of benefits payable under this policy.

*   The Participating Employer's plan of insurance will indicate if only Primary Social Security Benefits are to be considered or if Family Social Security Benefits and Primary Social Security Benefits are to be considered.  Unless the insured notifies United States Life to the contrary, it will be assumed that the maximum family benefit is paid to the insured under that Act.

**Limited Reduction When Wages Are Received From an Employer** - This provision is applicable to a Participating Employer's plan of insurance if it includes the Partial Disability Benefit or the Progressive Partial Disability Benefit.

If
the monthly benefit payable under this policy, before reduction, plus the insured's earnings while partially disabled and "other income benefits" listed above, equals 100% or less of the insured's basic monthly earnings,

**Then:**
no reduction will be made under this provision.

If
the monthly benefit payable under this policy, before reduction, plus the insured's earnings while partially disabled and "other income benefits" listed above, exceeds 100% of the insured's basic monthly earnings,

**Then:**
a reduction will be made, but it will be limited to the amount by which the total income benefit exceeds such 100%.





March 16, 2005

Attorney Howard Potash
306 Main Street, Suite 300
Worcester, MA 01609

Re: Claim Number: 990006797
    Policy Number: G130053
    Claimant: Barbara Richards

Dear Attorney Potash:

We are contacting you in reference Ms. Richards' claim for Long Term Disability (LTD) benefits under the above captioned policy on behalf of United States Life Insurance Company.

We are in receipt of your letter dated March 14, 2005 regarding Ms. Richards Dependent Social Security Disability benefits.

As stated in our letters dated July 6, 2001 and October 26, 2004 (copies enclosed), the policy provides that both Primary and Dependent Social Security benefits under the section titled "REDUCTION OF BENEFITS ON ACCOUNT OF 'OTHER INCOME BENEFITS'". In addition, the plan of insurance also provides that Social Security Integration includes both Primary and Family benefits. This means that any benefits Ms. Richards' receives from the Social Security Administration on behalf of her dependent child results in a reduction of her monthly benefit.

Therefore, it is United State's Life Insurance Company's position that Ms. Richards' Dependent Social Security Disability benefits were correctly deducted from her monthly LTD benefit.

If you have any questions regarding this matter, please feel free to contact me.

Sincerely,

*Jennifer L Caruso*

Disability Insurance Specialists, LLC
USL Claims Management Services Unit
1-800-959-9379 ext 3083

The United States Life Insurance Company in the City of New York
*Member American General Financial Group*
Group Insurance Administrator: American General Assurance Company, not admitted in New York • *Member American General Financial Group*

**Disability Insurance Specialists, LLC – Claim Service Provider**
PO Box 25 * Bloomfield, CT 06002-0025 * (800) 959-9379 (phone) * (860) 769-6981 (fax)

**AIG** AMERICAN
GENERAL



October 26, 2004

Howard J. Potash
Suite 300 206 Main Street
Worcester, MA 01608

Re: Policyholder:    Trustee of the University Physicians Trust
    Policy Number:   G128106
    Claim Number:    990020015
    Claimant:        Barbara Richards

Dear Attorney Potash:

We are contacting you in reference to Ms. Richards' claim for Long
Term Disability (LTD) benefits under the above captioned Policy on
behalf of United States Life Insurance Company.

We are in receipt of your letter dated October 14, 2004, concerning
the offset of Primary and Dependant Social Security benefits from Ms.
Richards' disability benefits.  Enclosed please find a copy of our
previous correspondence to you dated July 6, 2001, which outlines our
position regarding this matter.

The following is the policy definition for *"REDUCTION OF BENEFITS ON
ACCOUNT OF 'OTHER INCOME BENEFITS:"*

*"Each monthly benefit will be reduced by the sum of any income the
insured receives that month from:*

- *The Federal Social Security Act.\**
- *Any other group insurance plan of the employer, except income from
  plans specifically identified in the Participating Employer's plan
  of insurance as not subject to reduction as 'Other Income Benefits';*
- *The Veterans Administration or any other government agency;*
- *A Workers Compensation or similar law or arrangement, required by
  law, whose purpose is to replace income lost due to disability.*

**American General Life Companies**
Group Benefits and Financial Institutions

Distributing products issued by: AIB Life Insurance Company\*, All American Life Insurance Company\*,
American General Assurance Company\*, American General Indemnity Company\*, American General Life Insurance Company\*,
American General Life Insurance Company of Pennsylvania\*, American general Life Insurance Company of New York,
American International Life Assurance Company of New York, Delaware American Life Insurance Company\*,
North Central Life Insurance Company\*, The United States Life Insurance Company in the City of New York
*Members of American International Group, Inc.*

Disability Insurance Specialists, LLC – Claim Service Provider
PO Box 25   \* Bloomfield, CT 06002-0025 \* (800 959-9379 (phone) \* (860) 769-6981 (fax)

*Any benefits received from an individually-owned policy of the insured
or from any association plan for which the insured pays the premium
will not be used to reduce the amount of benefits payable under this
policy.*
*    The Participating Employer's plan of insurance will indicate if
only Primary Social Security Benefits are to be considered or if
Family Social Security and Primary Social Security Benefits are to be
considered.  Unless the insured notifies United States Life to the
contrary, it will be assumed that the maximum family benefit is paid
to the insured under that Act."*

According to the "*Participating Employer's Plan of Insurance*" the
Social Security offset applies to both "*Primary and Family*" *(copy
enclosed).*

The second paragraph of your letter states the Social Security offset
should have been completed and that Ms. Richards' benefits should have
increased as a result.  According to your meeting with Richard Turek
of our office on September 15, 2004, the Dependent Social Security
benefit would expire in November 2004.  If the Dependent Social
Security benefit expired prior to November 2004 please send
documentation to that effect and we will adjust our records
accordingly.

According to our calculations, a check in the amount of $22 will be
sent for the pay period of October 10, 2004 through November 10, 2004
at which point Ms. Richards' overpayment will have been resolved.  Ms.
Richards' monthly benefit will resume at the rate of $336.60 effective
11/10/2004 unless we receive documentation that shows the Dependent
Social Security benefit has expired.          ·

If you have any questions regarding this matter, please feel free to
contact me directly.

Sincerely,

Charlie Putnam
Disability Insurance Specialists LLC
USL Claims Management Services Unit
1-800-959-9379    ext. 3092

05-40133 FDS

%JS 44  (Rev. 11/04)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a)  PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff   Oxford County, ME
(EXCEPT IN U.S. PLAINTIFF CASES)

During the course of claim Plaintiff resided in Worcester County, MA

County of Residence of First Listed Defendant   Monmouth County, NJ
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Howard J. Potash, BBO # 404160
306 Main St., Suite 300, Worcester, MA 01608

Attorneys (If Known)

N/A

### II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |

### V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgement

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Social Security Act

Brief description of cause:
Dispute over off-set of Social Security payments to minor

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

### VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE   N/A   DOCKET NUMBER

DATE
08/08/05

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

**05-40133FDS**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Barbara A. Richards and Beeach D. Richards v__
   __American General Life Companies__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local
   rule 40.1(a)(1)).                                                                                               04

   [ ]     I.     160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   [ ]     II.    195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
                  740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   [X]     III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                  315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                  380, 385, 450, 891.

   [ ]     IV.    220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
                  690, 810, 861-865, 870, 871, 875, 900.

   [ ]     V.     150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this
   district please indicate the title and number of the first filed case in this court.
   __None__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                              YES [ ]        NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC
   §2403)
                                                              YES [ ]        NO [X]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                              YES [ ]        NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                              YES [ ]        NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
   Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                              YES [ ]        NO [X]

   A.    If yes, in which division do all of the non-governmental parties reside?

         Eastern Division [ ]          Central Division [ ]          Western Division [ ]

   B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
         residing in Massachusetts reside?

         Eastern Division [ ]          Central Division [X]          Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes,
   submit a separate sheet identifying the motions)
                                                              YES [ ]        NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Howard J. Potash, Esq.   BBO # 404160__
ADDRESS __306 Main Street, Suite 300, Worcester, MA  01608__
TELEPHONE NO. __(508) 754-2624__

(CategoryForm.wpd - 5/2/05)