AO 140 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central Division            District of    Massachusetts

Barbara A. Richards and Beech D. Richards,
    Plaintiffs
     V.
American General Life Companies,
    Defendants

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

## 05-40133 FDS

TO: (Name and address of Defendant)

American General Life Companies
3600, Route 66
Neptune, NJ
Servicing Agent: Disability Insurance Specialists, LLC
12978 Blue Hill Avenue
Bloomfield CT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard J. Potash, Esquire
306 Main Street, Suite 300
Worcester, MA  01608
(508) 754-2624

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**                        August 10, 2005
CLERK                                        DATE

_Kathleen Nassett_
(By) DEPUTY CLERK

## OFFICER'S RETURN

STATE OF CONNECTICUT}
                         } S.S. HARTFORD          AUGUST 22, 2005
COUNTY OF HARTFORD  }

    THEN AND BY VIRTUE HEREOF, AND AT THE DIRECTION OF THE PLAINTIFF'S ATTORNEY, ON AUGUST 22, 2005, I MADE DUE AND LEGAL SERVICE UPON THE WITHIN NAMED DEFENDANT, **AMERICAN GENERAL LIFE COMPANIES,** BY LEAVING A VERIFIED TRUE AND ATTESTED COPY OF THE ORIGINAL SUMMONS AND COMPLAINT WITH AND IN THE HANDS OF PATRICIA E. RODGERS, CORPORATE PARALEGAL, AUTHORIZED TO ACCEPT SERVICE FOR MCR&P SERVICE CORPORATION, REGISTERED AGENT FOR SERVICE FOR DISABILITY INSURANCE SPECIALISTS, LLC, REGISTERED AGENT FOR SERVICE FOR THE WITHIN NAMED DEFENDANT, IN THE SAID TOWN OF HARTFORD.

    THE WITHIN IS THE ORIGINAL SUMMONS, WITH MY DOINGS HEREON ENDORSED

| FEES | | | ATTEST: |
|---|---|---|---|
| SERVICE | $ | 30.00 | |
| TRAVEL | | 20.66 | |
| ENDORSEMENTS | | 1.60 | DAVID F HUBBS |
| VERIFICATION OF PAGES | | 14.00 | CT STATE MARSHAL |
| TOTAL | $ | 66.26 | |