# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, 5th Floor, Boston, MA 02110-1727
Tel: 617.422.5300   Fax: 617.423.6917

*Albany ●Baltimore ●Boston ●Chicago ●Dallas ●Garden City ●Houston ●Las Vegas ●London ●Los Angeles ●McLean
Miami ●Newark ●New York ●Orlando ●Philadelphia ●San Diego ●San Francisco ●Stamford ●Washington, DC ●White Plains
Affiliates:  Berlin ●Cologne ●Frankfurt ●Munich ●Paris*

———

www.wilsonelser.com

**Carey Bertrand**
Writer's Ext.: 5424
Carey.Bertrand@WilsonElser.com

February 24, 2006

Martin Castles, Clerk
Honorable Judge F. Dennis Saylor
United States District Court
Donohue Federal Bldg.
595 Main St.
Worcester, MA 01608

> Re:   Richards et al. v. American General Life Insurance Company
>         C.A. No. 05-CV-40133FDS
>         Our File No.         :      07478.00162

Dear Clerk Castles:

This correspondence relates to the above-referenced matter.  This firm represents the American General Life Insurance Company in the above-referenced matter.  Since the filing of this litigation, I have been working with Attorney Potash towards settlement of this matter.  We are currently continuing settlement negotiations and are hopeful that we will be able to resolve this matter without Court intervention.

If you would like us to file a Motion to alert the Court to the status of this case, I would be happy to do so.  Thank you for your attention to this matter.

Very truly yours,

/s/ Carey Bertrand

Carey Bertrand

Cc: Howard Potash, Esq.

53717.1