UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Barbara A. Richards and<br>Beech D. Richards,<br>       Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY,<br>       Defendant | C.A. NO. 05-CV-40133FDS |

## JOINT MOTION TO EXTEND TIME TO ANSWER TO THE COMPLAINT

Now come the Plaintiffs Barbara A. Richards and Beech D. Richards and Defendant, American General Life Insurance Company ("American General") jointly and hereby move this honorable Court to extend the time for American General to Answer to Complaint to May 5, 2006.  The reason for this Joint Motion is that the parties are currently discussion resolution of this matter.

WHEREFORE, the parties respectfully request that this honorable Court grant this Motion and extend the time for American General to Answer to Complaint to May 5, 2006.

Respectfully Submitted,
PLAINTIFFS,

By their attorney,

/s/ Howard J. Potash
Howard J. Potash, BBO#404160
306 Main St., Ste. 300
Worcester, MA
01608
(508)754-2624

AMERICAN GENERAL LIFE
INSURANCE COMPANY
By its attorneys,

/s/ Carey L. Bertrand
William T. Bogaert, BBO# 5463221
Carey L. Bertrand, BBO# 650496
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400

55799.1

Date: April 4, 2006

## Certificate of Service

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on April 4, 2006.

/s/ Carey Bertrand

55799.1