UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Barbara A. Richards and<br>Beech D. Richards,<br>  Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY,<br>  Defendant | C.A. NO. 05-CV-40133FDS |

### JOINT MOTION TO EXTEND TIME TO ANSWER TO THE COMPLAINT

Now come the Plaintiffs Barbara A. Richards and Beech D. Richards and Defendant, American General Life Insurance Company ("American General") jointly and hereby move this honorable Court to extend the time for American General to Answer to Complaint to June 5, 2006. The parties are continuing in good faith to negotiate a settlement of this matter and believe that additional time to work on settlement would be beneficial and ultimately lead to resolution of this matter.

WHEREFORE, the parties respectfully request that this honorable Court grant this Motion and extend the time for American General to Answer to Complaint to June 5, 2006.

Respectfully Submitted,

| PLAINTIFFS, | AMERICAN GENERAL LIFE INSURANCE COMPANY |
|---|---|
| By their attorney, | By its attorneys, |
| /s/ Howard J. Potash | /s/ Carey L. Bertrand |
| Howard J. Potash, BBO#404160 | William T. Bogaert, BBO# 5463221 |
| 306 Main St., Ste. 300 | Carey L. Bertrand, BBO# 650496 |
| Worcester, MA | Wilson, Elser, Moskowitz, Edelman |
| 01608 | & Dicker LLP |
| (508)754-2624 | 155 Federal Street |
| | Boston, MA 02110 |

57411.1

(617) 422-5400

Date: May 4, 2006

## Certificate of Service

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on May 4, 2006.

/s/ Carey Bertrand

57411.1