UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BARBARA A. RICHARDS AND BEECH D. RICHARDS,**<br>    Plaintiffs,<br><br>v.<br><br>**AMERICAN GENERAL LIFE COMPANIES,**<br>    Defendant | C.A. NO. 05-CV-40133FDS |

**AMERICAN GENERAL LIFE COMPANIES', WHO IS MISNAMED AND SHOULD BE NAMED THE UNITED STATES LIFE INSURANCE COMPANY
in the CITY of NEW YORK CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, the undersigned counsel for Defendant, American General Life Companies, who is misnamed and should be named, United States Life Insurance Company in the City of New York certifies the following:

    The United States Life Insurance Company in the City of New York is an indirect, wholly owned subsidiary of American International Group, Inc., a publicly traded corporation. The United States Life Insurance Company in the City of New York is owned by AIG American General, Inc. AIG American General, Inc. is owned by American International Group, Inc.

                                                    AMERICAN GENERAL LIFE COMPANIES,
                                                    By Its Attorneys,

                                                    /s/ Carey L. Bertrand
                                                    William T. Bogaert, BBO # 546321
                                                    Carey L. Bertrand, BBO# 650496
                                                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                                    DICKER LLP
                                                    155 Federal Street
                                                    Boston, MA 02110
                                                    (617) 422-5300

**Certificate of Service**

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on July 24, 2006.

                                                    /s/ Carey Bertrand

61976.1