UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BARBARA A. RICHARDS AND BEECH D. RICHARDS,**<br>      Plaintiffs,<br><br>v.<br><br>**AMERICAN GENERAL LIFE COMPANIES,**<br>      Defendant | C.A. NO. 05-CV-40133FDS |

**AMERICAN GENERAL LIFE COMPANIES', WHO IS MISNAMED AND SHOULD BE NAMED THE UNITED STATES LIFE INSURANCE COMPANY LOCAL RULE 16.4 CERTIFICATION**

   Pursuant to Rule 16.4 of the local rules of the U.S. District Court For the District of Massachusetts, the undersigned counsel for the Defendant and the United States Life Insurance Company representative certify that we have conferred over the potential costs of litigation and litigation alternatives and have considered resolution of this litigation through the use of alternative dispute resolution.

Respectfully submitted,
"AMERICAN GENERAL LIFE COMPANIES,"

                                                                By Its Attorneys,

/s/ Mary Donoghue                                               /s/ Carey L. Bertrand

Mary Donoghue, Esq.                                             William T. Bogaert, BBO#546321
Senior Counsel                                                  Carey L. Bertrand, BBO#650496
AIG American General                                            WILSON, ELSER, MOSKOWITZ,

70 Pine St., 5th Floor                                          EDELMAN & DICKER, LLP

New York, NY 10270                                              155 Federal Street

                                                                Boston, MA 02110
                                                                (617) 422-5300

**Certificate of Service**

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on September 18, 2006.

                                        /s/ Carey Bertrand

65304.1