UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Barbara A. Richards and<br>Beech D. Richards,<br>     Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY,<br>     Defendant | C.A. NO. 05-CV-40133FDS |

## JOINT STATEMENT REGARDING PRE-TRIAL MATTERS

Pursuant to Local Rule 16.1, the parties to the above-entitled action, the Plaintiffs Barbara A. Richards and Beech D. Richards and Defendant, American General Life Insurance Company ("American General") jointly file this Joint Statement Regarding Pretrial Matters.

### Schedule for Discovery and Motion Practice

a) **Initial Disclosures** will be completed by October 9, 2006.

b) **Amendments to Pleadings**, if any, will be completed by October 31, 2006.

c) **Fact Discovery**, all discovery, other than expert depositions, will be completed by February 28, 2007.

d) **Expert Discovery-** Plaintiffs' trial expert disclosures must be completed by March 30, 2007.  Defendant's trial expert disclosures must be completed by April 30, 2007.  Expert depositions must be completed by June 29, 2007.

e) **Dispositive Motions-** All dispositive motions must be filed by August 31, 2007.  Oppositions to dispositive motions must be filed within 30 days after service of the motion.

### Trial by Magistrate

65396.1

The parties will consider trial before a Magistrate Judge.

### Certification Pursuant to LR, D.Mass.16.1

The parties' certifications will be filed under separate cover.

### Settlement

The Plaintiffs has submitted a settlement offer to the Defendant pursuant to Rule 16.1(C).

The parties are engaged in discussions regarding this offer.

Respectfully Submitted,
PLAINTIFFS,

By their attorney,

/s/ Howard J. Potash
Howard J. Potash, BBO#404160
306 Main St., Ste. 300
Worcester, MA
01608
(508)754-2624

AMERICAN GENERAL LIFE
INSURANCE COMPANY
By its attorneys,

/s/ Carey L. Bertrand
William T. Bogaert, BBO# 5463221
Carey L. Bertrand, BBO# 650496
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400

Date: September 20, 2006

### Certificate of Service

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on September 20, 2006.

/s/ Carey Bertrand

65396.1