UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

BARBARA RICHARDS, et. al.,

    Plaintiffs,            CIVIL ACTION
v.                                    NO.   05-40133-FDS

THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK,

    Defendants,

## NOTICE OF AND ORDER REGARDING MEDIATION

The parties are hereby notified that the court has scheduled a mediation conference for **Friday, November 3, 2006 @ 2:00 P.M.** in The United States District Court in **Worcester**, Courtroom #1 on the 5th Floor.  Counsel are directed to be present with their respective clients.

In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement.  This should be filed with my Clerk by e-mail  at lisa_roland@mad.uscourts.gov  **no later than two (2) days before the conference.**  The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**

          / s /Timothy S. Hillman
          Timothy S. Hillman
DATED: October 20, 2006          United States Magistrate Judge