# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BARBARA A. RICHARDS,<br>        Plaintiff(s),<br><br>vs.<br><br>THE UNITED STATES LIFE INSURANCE COMPANY<br>IN THE CITY OF NEW YORK,<br>        Defendant(s), | **CIVIL ACTION**<br>**NO. 05-40133-FDS** |

## NOTICE OF AND ORDER REGARDING MEDIATION

The parties are hereby notified that the Court has scheduled a mediation conference for **Thursday, April 5, 2007, at 10:00 a.m.,** in the United States District Court in **Worcester**, Massachusetts, Courtroom 1, Fifth Floor.  Counsel are directed to be present with their respective clients.

In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement.  This should be filed with my Clerk by e-mail at lisa_roland@mad.uscourts.gov **no later than two (2) days before the conference.**  The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the Court as soon as possible.**

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
UNITED STATES MAGISTRATE JUDGE

DATED: February 9, 2007