UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Barbara A. Richards and<br>Beech D. Richards,<br>    Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY,<br>    Defendant | C.A. NO. 05-CV-40133FDS |

**JOINT MOTION TO CONTINUE THE STATUS CONFERENCE
SCHEDULED FOR MARCH 5, 2007**

   Now come the Plaintiffs Barbara A. Richards and Beech D. Richards and Defendant, American General Life Insurance Company ("American General") jointly and hereby move this honorable Court to postpone the Status Conference currently scheduled for March 5, 2007. The parties are scheduled to mediate this case before Magistrate Judge Hillman on April 5, 2007. The parties believe that if a settlement is not reached, they would best be served by a status conference after the mediation occurs.

   WHEREFORE, the parties respectfully request that this honorable Court grant this Motion and postpone the status conference to a date after April 5, 2007.

Respectfully Submitted,

| PLAINTIFFS, | AMERICAN GENERAL LIFE<br>INSURANCE COMPANY |
|---|---|
| By their attorney, | By its attorneys, |
| /s/ Howard J. Potash | /s/ Carey L. Bertrand |
| Howard J. Potash, BBO#404160 | William T. Bogaert, BBO# 5463221 |
| 306 Main St., Ste. 300 | Carey L. Bertrand, BBO# 650496 |
| Worcester, MA | Wilson, Elser, Moskowitz, Edelman |
| 01608 | & Dicker LLP |
| (508)754-2624 | 155 Federal Street |
| | Boston, MA 02110 |
| | (617) 422-5400 |

Date: February 13, 2007

74597.1

## Certificate of Service

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on February 13, 2007.

/s/ Carey Bertrand

74597.1