**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BARBARA RICHARDS, et. al.,

      Plaintiffs,                               CIVIL ACTION
v.                                                NO.  05-40133-FDS

THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK,

      Defendants,

AMENDED REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SAYLOR

HILLMAN, M.J.

On   April 5, 2007   I held the following ADR proceeding:

\_\_\_\_ EARLY NEUTRAL EVALUATION      _X_  MEDIATION
\_\_\_\_ MINI-TRIAL                                 \_\_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_ SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer .

The case was:

( X )    Settled.  Your clerk should enter a _30_ day order of dismissal.
(   )    There was progress.  A further conference has been scheduled for _____.
          unless the case is reported settled prior to that date.
(   )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
          productive.  This case should be restored to your trial list.


April 5,  2007                                             /s/ Timothy S. Hillman
Date                                                     TIMOTHY S. HILLMAN, M.J.