UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Barbara Richards,**
       Plaintiff(s),

V.

CIVIL ACTION

NO. 05-40133-FDS

**The United States Life Insurance Company in the City of New York,**
       Defendant(s),

## SETTLEMENT ORDER OF DISMISSAL

**Saylor, D. J.**

The Court having been advised on _____April 5, 2007_____

that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

_____April 5, 2007_____       /s/ Martin Castles
Date       Deputy Clerk