UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Barbara A. Richards and<br>Beech D. Richards,<br>　　　Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY,<br>　　　Defendant | C.A. NO. 05-CV-40133FDS |

　　　Now come the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this matter be dismissed with prejudice and without costs, waiving all rights of appeal.

Respectfully Submitted,
PLAINTIFFS,

By their attorney,

/s/ Howard J. Potash
Howard J. Potash, BBO#404160
306 Main St., Ste. 300
Worcester, MA
01608
(508)754-2624

AMERICAN GENERAL LIFE
INSURANCE COMPANY
By its attorneys,

/s/ Carey L. Bertrand
William T. Bogaert, BBO# 5463221
Carey L. Bertrand, BBO# 650496
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400

Date: May 9, 2007

### Certificate of Service

I, Carey Bertrand, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on May 9, 2007.

　　　　　　　　　　　　　　　　/s/ Carey Bertrand

78494.1